Byrne J. Decker CA Bar No. 337052
byrne.decker@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Two Monument Square, Suite 703
Portland, ME  04101
Telephone:   207-387-2957
Facsimile:   207-387-2986

Jenny H. Wang CA Bar No. 191643
jenny.wang@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:   714-800-7900
Facsimile:   714-754-1298

Attorneys for Defendants
Hartford Life and Accident
Insurance Company and
Aetna Life Insurance Company

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR MUNIZ,<br><br>             Plaintiff,<br><br>      v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; AETNA LIFE INSURANCE COMPANY; and, PRAXAIR INC. GROUP LONG TERM DISABILITY PLAN,<br><br>             Defendants. | Case No. 2:22-cv-01568-MCS-RAOx<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:  March 8, 2022<br>Trial Date:            March 6, 2023<br>District Judge:      Hon. Mark C. Scarsi<br>Magistrate Judge: Hon. Rozella A. Oliver |

IT IS HEREBY STIPULATED, by and between Plaintiff Hector Muniz and Defendants Hartford Life and Accident Insurance Company and Aetna Life Insurance Company, by and through counsel of record whose signatures appear below, that the above-captioned action be dismissed in its entirety with prejudice.  Each party shall bear their own attorneys' fees and costs.

DATED: December 1, 2022          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


                                 By: */s/ Jenny H. Wang*_____
                                 Byrne J. Decker
                                 Jenny H. Wang
                                 Attorneys for Defendants
                                 Hartford Life and Accident
                                 Insurance Company and
                                 Aetna Life Insurance Company


DATED: December 1, 2022          DARRASLAW


                                 By: */s/ Phillip S. Bather*_____
                                 Frank N. Darras
                                 Susan B. Grabarsky
                                 Phillip S. Bather
                                 Attorneys for Plaintiff Hector Muniz

***Filer's Attestation***: *Jenny H. Wang hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.*

# PROOF OF SERVICE

*Hector Muniz v. Hartford Life and Accident Insurance Company, et al.*
Case No. 2:22-cv-01568-MCS-RAOx

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On December 1, 2022, I served the following document(s):

## STIPULATION FOR DISMISSAL WITH PREJUDICE

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

☐   **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒   **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☒   **(Federal)**   I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on December 1, 2022, at Costa Mesa, California.

_____
Nieka Caruthers-Dodson

**SERVICE LIST**

*Hector Muniz v. Hartford Life and Accident Insurance Company, et al.*
Case No. 2:22-cv-01568-MCS-RAOx

Frank N. Darras, Esq.                    Attorneys for Plaintiff
Susan B. Grabarsky, Esq.                 Hector Muniz
Phillip S. Bather, Esq.
DarrasLaw
3257 East Guasti Road, Suite 300
Ontario, CA  91761-1227
Telephone:   909-390-3770
Facsimile:   909-974-2121
frank@darraslaw.com
sgrabarsky@darraslaw.com
pbather@darraslaw.com

STIPULATION FOR DISMISSAL WITH PREJUDICE
53664505.v1-OGLETREE